CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for DANI M. ANDERSON,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>DANI M. ANDERSON,<br><br>            Defendant. | No. CR.S-06-0259-GGH<br><br>**MOTION FOR ACCEPTANCE OF WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER**<br><br>(Rule 10(b), F.R.Cr.P.) |

    Defendant DANI M. ANDERSON, by and through her attorney, hereby moves this Court pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure to permit her to waive her personal appearance at the arraignment on the Information in the within misdemeanor matter presently set for July 24, 2006, for the following reasons:

    1. Ms. Anderson resides at Vandenberg Air Force Base, Santa Barbara County, California, approximately 360 miles from Sacramento. She is 23 years old and in the seventh month of pregnancy with her first child.  She suffers from insulin resistance and polycystic ovarian syndrome, placing her pregnancy in the "high risk" category. While her physician does not state that she cannot travel by car to

-1-

1 Sacramento, she will require frequent rest stops, easily extending the
2 time of the journey to as much as eight hours, assuming no traffic
3 problems.  Further, the Office of the Federal Defender has found that
4 the defendant is indigent and the undersigned counsel will be appointed
5 to represent her under the Criminal Justice Act. Gasoline and a one-
6 night motel stay in Sacramento will be expensive costs to this
7 defendant.  In sum, travel to this District for a short court
8 appearance would be unduly burdensome on this defendant at this time.
9        2.   Pursuant to Federal Rule of Criminal Procedure 10(b), the
10 defendant has filed herein a written waiver of her appearance which
11 affirms that she has received a copy of the Information, that she
12 waives a formal reading of same and enters a plea of not guilty.
13       3.   Accordingly, pursuant to Rule 10(b), it is requested that this
14 Court accept the defendant's waiver of appearance at arraignment.
15 Dated:  July 6, 2006

                                  Respectfully submitted,

                                  /s/ CANDACE A. FRY
                                  CANDACE A. FRY, Attorney for
                                  DANI M. ANDERSON, Defendant

**O R D E R**

   For good cause shown, defendant Dani M. Anderson's request to waive her appearance at arraignment on the Information in this matter is hereby GRANTED.

Dated: 7/14/06            /s/ Gregory G. Hollows

                          _____
                          GREGORY G. HOLLOWS
                          U.S. MAGISTRATE JUDGE
anderson.ord