CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for DANI M. ANDERSON,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S-06-259-GGH |
| | ) | |
| Plaintiff, | ) | **ORDER PERMITTING ENTRY OF** |
| | ) | **PLEA AND SENTENCING IN ABSENCE** |
| v. | ) | **OF DEFENDANT** |
| | ) | |
| DANI M. ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    The defendant, DANI M. ANDERSON, has filed herein her Consent to

entry of her plea of guilty, judgment and sentencing in her absence,

agreeing that her interests will be deemed represented by the presence

of her attorney the same as if she were personally present.  The

defendant resides in Santa Barbara County, is now in the 34th week of

her first pregnancy and her physician recommends that she abstain from

travel.

    Accordingly, good cause having been shown,

    IT IS HEREBY ORDERED:

    1.  Entry of plea by defendant, DANI M. ANDERSON, entry of

judgment and the sentencing of said defendant, shall be permitted

without her personal appearance as allowed by Federal Rule of Criminal Procedure 43(b)(2).

    2.  After entry of plea, this Court shall make such other orders, as necessary, requiring the defendant to be fingerprinted and processed at a federal facility near her place of residence.


Dated: 9/13/06

                    /s/ Gregory G. Hollows

                    _____
                    GREGORY G. HOLLOWS
                    U.S. MAGISTRATE JUDGE

anderson259.ord