# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **ORDER OF DISCHARGE AND DISMISSAL/EXPUNGEMENT** |
|---|---|
| V. | |
| DANI M. ANDERSON | CASE NUMBER:  2:06CR00259-01 |

**ORDER DISCHARGING DEFENDANT FROM PROBATION
AND DISMISSING PROCEEDINGS**

The supervising probation officer having reported that the defendant has complied with the conditions of probation, and having recommended that the defendant be discharged from probation at this time and that the proceedings be dismissed pursuant to 18 U.S.C. § 3607(a),

**IT IS SO ORDERED.**

| 01/07/08 | /s/ Gregory G. Hollows |
|---|---|
| *Date* | *Signature of Judge* |
| | GREGORY G. HOLLOWS, U.S. Magistrate Judge |
| | *Name and Title of Judge* |

anderson259-1.ord

CC:    Assistant United States Attorney